NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ARTIE PERKINS, A/K/A/ CARL ALLEN,       )
DOC #140792,                            )
                                        )
                Appellant,              )
                                        )
v.                                      )       Case No. 2D18-711
                                        )
STATE OF FLORIDA,                       )
                                        )
                Appellee.               )
_____ )

Opinion filed December 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

PER CURIAM.

                Affirmed.

SLEET, SALARIO, and BADALAMENTI, JJ., Concur.